Filed on 2/25/2015 4:21:41 PM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/25/2015 4:24:40 PM
CHRISTOPHER A. PRINE
Clerk

February 25, 2015

14th Court of Appeals
301 Fannin
Houston, Texas 77002

**CORRECTED**
**LETTER OF ASSIGNMENT**

Trial Court Docket Number: 1057001
Trial Court Number: Three (3)

**Style:**

MISHA FURGOSON, INDIVIDUALLY,       VS.   ENCLAVE AT COPPERFIELD
MISHA FERGUSON, AS MINOR OF
N.D.K.AND MISHA FERGUSON, AS MINOR
OF S.G.F.

| **APPELLANT(S)** | **APPELLEE(S)** |
|---|---|

**Judge:** LINDA STOREY

**Appellant(s) Attorney:**
Misha Ferguson, Pro Se
19110 Yaupon Ranch Drive
Cypress, Texas 77433
Phone: (832) 371-3965
Fax: N/A
E-Mail: mishaferguson@gmail.com

**Appellee(s) Attorney:**
Rusty R. Foteh, No. 24063858
5051 Westheimer, Suite 1200
Houston, Texas 77056
Phone: (713) 977-8686
Fax: (713) 977-5395
E-Mail: foteh@hooverslovacek.com

Misha Ferguson, appellant, filed a Notice of Appeal on February 20, 2015 from the Final Judgment that was signed on January 21, 2015.

Motion for New Trial filed February 20, 2015.

The Clerk's Record is due to your office on or before May 21, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

CCCL-2015-71249

1

FILED
2/20/2015 4:06:44 PM
Stan Stanart
County Clerk
Harris County

NO. <u>1057001</u>

| | | |
|---|---|---|
| MISHA FERGUSON | § | IN THE COUNTY COURT AT LAW |
| Plaintiff, | § | |
| | § | |
| V. | § | NO. 3 |
| | § | |
| MISHA FERGUSON, INDIVIDUALLY, | § | |
| MISHA FERGUSON, AS MINOR OF | § | |
| N.D.K. AND MISHA FERGUSON, AS | § | |
| MINOR OF S.G.F. | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

Defendants, Misha Ferguson, Individually, Misha Ferguson, as Minor of N.D.K. and Misha Ferguson, as Minor of S.G.F., parties to this case, file this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on January 21, 2015.

Misha Ferguson, Individually, Misha Ferguson, as Minor of N.D.K. and Misha Ferguson, as Minor of S.G.F. desire to appeal because the Court did not hear the circumstances surrounding the eviction based on retaliation for the tenants reporting health and safety issues in her apartment that caused her family to be ill.

This appeal is being taken to either the First or Fourteenth Court of Appeals.

This notice is being filed by Misha Ferguson.

Appellant is presumed indigent and may proceed without advance payment of costs as provided in Rule 20.1(a)(3).

**2**

Respectfully submitted,

By: _Misha Ferguson_
Misha Ferguson, Pro Se
Email:  mishaferguson @gmail.com
19110 Yaupon Ranch Drive
Cypress, TX 77433
Tel. (832) 371-3965
Misha Ferguson, Individually, Misha Ferguson, as next  friend of Minor N.D.K. and Misha Ferguson, as next friend of Minor of S.G.F.

## CERTIFICATE OF SERVICE

I certify that on February 20, 2015 a true and correct copy of Defendants' Notice of Appeal was served on Rusty Foteh electronically at fotch@hooverslovacek.com, and the electronic transmission was reported as complete.

_Misha Ferguson_
Misha Ferguson, Pro Se
E-mail: mishaferguson @gmail.com

3

**"CLOSED"**

CAUSE NO. 1057001

105700 1-00 2

SIC

| | | |
|---|---|---|
| THE ENCLAVE AT COPPERFIELD | § | IN THE COUNTY CIVIL COURT |
| | § | |
| VS. | § | AT LAW NUMBER THREE (3) |
| | § | |
| MISHA FERGUSON | § | |
| AND ALL OCCUPANTS | § | HARRIS COUNTY, TEXAS |

## JUDGMENT

BE IT REMEMBERED that on this date came on to be heard the above-entitled and numbered cause, and THE ENCLAVE AT COPPERFIELD ("Plaintiff"), and MISHA FERGUSON AND ALL OCCUPANTS ("Defendant"), appeared before the Court and announced ready for trial. All matters of fact and things in controversy were submitted to the Court, and the case proceeded to trial.

The Court, after considering the pleadings on file, the evidence presented at trial, and the arguments of the parties, is of the opinion and finds that:

(1)     Plaintiff is the owner and landlord of and Defendant is the tenant of the leased premises located within Harris County, Texas at 15503 FM 529., Apt. No. 532, Houston, Texas 77095 (the "Premises");

(2)     Plaintiff terminated Defendant's right to occupy the Premises;

(3)     Plaintiff made written demand upon Defendant to vacate same, which demand was received by Defendant as required by law;

(4)     Defendant is thereby guilty of forcible detainer;

(5)     Plaintiff is entitled to possession of the Premises from Defendant;

(6)     Plaintiff is entitled to recover any and all past-due rental amounts from Defendant;

151338-00196 RRF 1/20/2015 00933033.WPD 1

4

(7)     Plaintiff is entitled to recover its costs of court from Defendant; and

(8)     Plaintiff is entitled to recover its attorneys' fees from Defendant.

It is therefore:

ORDERED, ADJUDGED and DECREED that Plaintiff THE ENCLAVE AT COPPERFIELD shall be and hereby is awarded possession of the Premises located in Harris County, Texas at 15503 FM 529., Apt. No. 532, Houston, Texas 77095 from Defendant MISHA FERGUSON AND ALL OCCUPANTS; it is, further, *Writ of Possession may issue on or after January 26, 2015.*

ORDERED, ADJUDGED and DECREED that Defendant MISHA FERGUSON, shall pay to Plaintiff THE ENCLAVE AT COPPERFIELD $ *2,859.00* ~~3,351~~ in past-due rental amounts properly due and owing Plaintiff pursuant to the terms of the Lease, with interest thereon at the rate of 5% per annum from the date of this judgment until paid; it is, further,

ORDERED, ADJUDGED and DECREED that Defendant MISHA FERGUSON, shall pay to the Plaintiff THE ENCLAVE AT COPPERFIELD $ *2,000.00* in attorneys' fees and litigation costs reasonably and necessarily incurred by the prosecution of this cause of action, pursuant to the terms of the Lease, with interest thereon at the rate of 5% per annum from the date of this Judgment until paid; it is, further,

ORDERED, ADJUDGED and DECREED that Defendant MISHA FERGUSON, shall pay to Plaintiff THE ENCLAVE AT COPPERFIELD all of its taxable costs of court, together with post-judgment interest thereon at the rate of 5% per annum from the date of this judgment until paid; it is, further,

ORDERED, ADJUDGED AND DECREED that Plaintiff, THE ENCLAVE AT COPPERFIELD, shall recover from the sureties in this matter, Rosalind Ferguson whose address is: 9802 Forum Park Dr., Apt. No. 3245, Houston, Texas 7706, jointly and severally, the amount of

151338-00196 RRF 1/20/2015 00933033.WPD 1                2

5

$1,916.00, together with post-judgment interest thereon at the rate of five per cent (5%) per annum from the date of this Judgment until paid. It is further,

ORDERED, ADJUDGED AND DECREED that if this case is appealed to the Court of Appeals and Plaintiff prevails, Plaintiff shall be awarded $5,000.00 from Defendant. If a Motion for Rehearing or an Application for a Writ of Error is made to the Supreme Court and Plaintiff prevails, then Plaintiff shall be awarded $5,000.00 from Defendant. If an appeal is made to the Texas Supreme Court and Plaintiff prevails, Plaintiff shall be awarded $5,000.00 from Defendant. It is further, — Cause # 1057001-002 is dismissed for want of jurisdiction.

ORDERED, ADJUDGED AND DECREED that the Clerk of the Court issue all writs and processes, including but not limited to writs of possession and writs of execution, in aid of satisfaction of this Judgment. Appeal bond is set at $11,436.00 (12 x 953)

This is a Final Judgment disposing of all issues and all parties, and all prior interlocutory orders of the Court in this cause are hereby made final, and this judgment is appealable.

SIGNED on January 2 1, 2015.



JUDGE PRESIDING

COUNTY CLERK
HARRIS COUNTY, TEXAS
2015 JAN 21 AM 1:11
FILED

151338-00196 RRF 1/20/2015 00933033.WPD 1                    3

6

APPROVED AS TO FORM AND SUBSTANCE:

**HOOVER SLOVACEK LLP**

Rusty R. Foteh
State Bar No. 24063858
5051 Westheimer, Suite 1200
Houston, Texas 77056
(713) 977-8686; Fax: (713) 977-5395
foteh@hooverslovacek.com

**ATTORNEYS FOR PLAINTIFF
THE ENCLAVE AT COPPERFIELD**

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

151338-00196 RRF 1/20/2015 00933033.WPD 1      4